YOUNG CONAWAY

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

September 21, 2026

Ms. Randall C. Lohan, Clerk
United States District Court
for the District of Delaware
844 N. King Street, #18
Wilmington, DE 19801

**Re:** ***Aliki Maritime Inc. v. Imperial Chartering and Ancillary Services Pvt Ltd., et al.***

Dear Ms. Lohan:

As Counsel for Plaintiff Aliki Maritime Inc., I write to request expedited handling of Plaintiff's motion to issue Rule B maritime attachment and garnishment writs, and Plaintiff's motion for private process service of those writs.

Plaintiff has filed a verified action for breach of maritime contract and for security in aid of London maritime arbitration. The requested writs seek to attach property of Defendant Imperial Chartering and Ancillary Services Pvt Ltd. in the hands of the named garnishees, up to $576,444.10.

Supplemental Admiralty and Maritime Rule B provides for prompt issuance of maritime attachment and garnishment process upon the required showing. If the writs are delayed, accounts or other property may be paid or transferred to Defendant and made unavailable for garnishment.

Plaintiff therefore respectfully requests that the motion for writs and the motion for their service be handled on an expedited basis and transmitted promptly to the Court for consideration and entry.

Respectfully submitted,

*/s/ Timothy Jay Houseal*

Timothy Jay Houseal
(DE ID #2880)